**Order entered March 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01402-CR

### MICHAEL WAYNE RILEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70289-M**

### ORDER

Before the Court is court reporter Belinda Baraka's March 2, 2020 second request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the reporter's record filed on or before **April 2, 2020**. Ms. Baraka is cautioned that further extensions are not favored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE